LUC ROCHEFORT, Appellant, *v.* JAMES A. STILLMAN, Respondent, Impleaded with Another.

(Submitted January 27, 1936; decided January 31, 1936.)

*James F. Doyle* for motion.
*Luc Rochefort,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within thirty days files and serves undertaking on appeal, in which event the motion is denied.